*** 343685001-004 ***
P.O. Box 2000
Chester, PA 19022-2000

04/08/2014    Trans**Union.** 

P3GH3H00203040-I038935-310041077
JAMES W. WICKERT

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

Consumer Credit Report for JAMES W. WICKERT     File Number: 343685001   Date Issued: 04/08/2014

| | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 | 02/2006 | 01/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**US BANK HOME MORTGAGE** ▇▇▇▇▇▇ ( 4801 FREDERICA ST, OWENSBORO, KY 42304, (800) 365-7772 )

| | | |
|---|---|---|
| Date Opened: 07/15/1993 | Balance: $0 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Joint Account | Date Updated: 08/05/2008 | Terms: $963 per month, paid Monthly for 180 months |
| Account Type: Mortgage Account | Payment Received: $0 | |
| Loan Type: VA REAL ESTATE MORTGAGE | Last Payment Made: 07/22/2008 | Date Closed: 08/05/2008 |
| | High Balance: $61,230 | |

Remarks: CLOSED

| | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 | 02/2006 | 01/2006 | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 | 10/2004 | 09/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | OK | OK | X | X | OK | X | X | X | OK | OK |

## Promotional Inquiries

**AMERIPRISE AUTO AND HOME** ( 3500 PACKERLAND DR, DE PERE, WI 54115, Phone number not available )
Requested On: 01/15/2014

**TRUE AUTO PROTECTION** ( 3100 W 7TH STREET, STE 210, FORT WORTH, TX 76107, (877) 397-1022 )
Requested On: 06/11/2013

**GREAT PLAINS LENDING** ( 7490 US Highway 177, RED ROCK, OK 74651, (580) 491-1200 )
Requested On: 06/01/2013, 05/01/2013

## Account Review Inquiries

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19022, (800) 888-4213 )
Requested On: 04/08/2014

**DISCOVER FINCL SVC LLC** ( 2500 LAKE COOK RD, RIVERWOODS, IL 60015-3851, (800) 347-2683 )
Requested On: 03/16/2014

**METLIFE AUTO AND HOME** ( PO BOX 48020, DAYTON, OH 45475, (800) 438-6388 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 01/24/2014, 01/30/2013

**VICTORIA INSURANCE GROUP** ( ONE NATIONWIDE PLA, 01-17-201, COLUMBUS, OH 43215, (800) 882-2822 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 01/24/2014, 01/30/2013

**SAFECO INS AUTO** ( SAFECO PLAZA, 1001 FOURTH AVENUE, SEATTLE, WA 98154, (800) 332-3226 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 01/24/2014, 01/30/2013

**METLIFE AUTO AND HOME** ( 500 ECONOMY COURT, FREEFORT, IL 61032, (800) 665-4129 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 01/24/2014

**TRAVELERS via TRAVELERS** ( PO BOX 42486, HOUSTON, TX 77242, (800) 550-7717 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 01/24/2014, 01/30/2013

05/18/2015                                        File Number: 343685001

-Begin Credit Report-

### Personal Information

SSN: ▮▮▮▮▮
Your SSN has been masked for your protection.
**Names Reported:** JAMES W. WICKERT
**Addresses Reported:**
Address

You have been on our files since 01/01/1964
Date of Birth: ▮▮▮▮

Date Reported

**Telephone Numbers Reported:**

**Employment Data Reported:**
Employer Name      Position      Date Verified

### Public Records

This information was collected from public records sources by TransUnion or a company we hired. You may be required to explain these items to potential creditors. Discharged Chapter 7 bankruptcy remains on your file for up to 10 years.

**OHIO FEDERAL COURT - CLE** Docket# 1118991
201 SUPERIOR AVE
ROOM 30001
CLEVELAND, OH 44114
(216) 615-4300

| Date Filed: | 10/19/2011 | Type: | CHAPTER 7 BANKRUPTCY DISCHARGED | Court Type: | Federal District |
| --- | --- | --- | --- | --- | --- |
| Date Paid: | 01/30/2012 | Responsibility: | Individual Debt | Plaintiff Attorney: | DAVID M BENSON |
| Date Updated: | 01/31/2012 | | | | |

**Estimated month and year that this item will be removed:** 09/2021

### Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

| | 01/2006 | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | X | OK | OK | X |

| | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 | 10/2004 | 09/2004 |
|---|---|---|---|---|---|---|---|
| Rating | X | OK | X | X | X | OK | OK |

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**MERRICK BANK**
WWW.MERRICKBANK.CO
PO BOX 5000
DRAPER, UT 84020
(800) 253-2322

Requested On: 09/08/2014
Inquiry Type: Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**AMERIPRISE AUTO AND HOME**
3500 PACKERLAND DR
DE PERE, WI 54115
(888) 239-9953

Requested On: 01/15/2015, 10/15/2014, 07/15/2014

**CAPITAL ONE AUTO FINANCE**
CB DISPUTES TEAM
P O BOX 259407
PLANO, TX 75025
(800) 946-0332

Requested On: 12/01/2014, 11/01/2014

**MERRICK BANK**
10705 S JORDAN GATEWAY
SUITE 200
SOUTH JORDAN, UT 84095
(800) 253-2322

Requested On: 07/01/2014

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683

Requested On: 05/17/2015

**MERRICK BANK**
POB 1500
DRAPER, UT 84020
(800) 349-7472

Requested On: 04/15/2015

**THE HARTFORD/LEXIS NEXIS**
400/2 EXECUTIVE BL

**FIA CSNA**
P O BOX 982238